EDWARD GOLDMAN, Respondent, v. ARTHUR H. GIBBS and Others, Defendants. MEYER H. SLACK (Not a Party), Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

FRANCES MOSCO and PHILIP MOSCO, Respondents, v. CHARLES N. GELBER, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of FLORENCE SOLOW, as Administratrix, etc., of MORRIS SOLOW, Deceased, Appellant, for an Order of Mandamus against WILLIAM F. CAREY, as Treasurer and Trustee of the Relief and Pension Fund of the Department of Street Cleaning, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ. [163 Misc. 924.]

THE CONTINENTAL BANK & TRUST COMPANY OF NEW YORK, as Successor Trustee under a Certain Trust Mortgage Dated November 10, 1924, Made by PARKAB CORPORATION, Respondent, v. PARKAB CORPORATION, THE AMERICAN NEWSPAPERS, INC., THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, SEWARD BRISBANE and SARAH B. McCRARY, as Executor and Executrix, etc., of ARTHUR BRISBANE, Deceased, RITZ TOWER, INC., Respondents, and ROSDNIW COMPANY, INC., Appellant, Impleaded with Others, Defendants. JAMES A. BEHA, DAVID G. BAIRD, PETER E. BENNETT and LLOYD E. LUBETKIN, Constituting the 103 East 57th Street Building Bondholders' Committee, ROY M. LIVINGSTON, JOHN H. VALENTINE, E. P. SEAVER, Constituting the Bondholders' Protective Committee for Defaulted Straus Issues, GEORGE M. ENGLAR, GUSTAV ARPS and STEPHEN N. BOBO, as a Committee, CHARLES H. JACOB, PHILIP HURWITZ, GEORGE KLOHE, MARTIN C. BAER, IRVING S. HOFFMAN, DAN D. JACKSON, JR., JOHN J. MAURUS and MARTHA P. MORJE, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., and Untermyer, J., dissent and vote to reverse and grant the motion.

In the Matter of the Application of BLANCHE L. WOHLER, Appellant, for an Order against LEWIS J. VALENTINE, as Police Commissioner of the City of New York and Trustee of the New York City Police Pension Fund, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of JOHN ALLEN RYAN, a Stockholder in GIMBEL BROTHERS, INC., for the Appointment of Appraisers to Appraise the Value of His Stock. JOHN ALLEN RYAN, Appellant; GIMBEL BROTHERS, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of SHIELDS & COMPANY, a Copartnership Composed of PAUL V. SHIELDS and Others, Doing Business as Copartners under the Firm Name and Style of SHIELDS & COMPANY, a Stockholder in GIMBEL BROTHERS, INC., and ROBERT K. STONE, for the Appointment of Appraisers to Appraise the Value of Its Stock. SHIELDS & COMPANY, a Copartnership, etc., and ROBERT K. STONE, Appellants; GIMBEL BROTHERS, INC.. Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.